<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1941**

———————

VICTORIA A. JEDROWICZ,

Plaintiff - Appellant,

versus

GIANT FOOD INC.,

Defendant - Appellee,

and

FRANK PODGORSKI, Store Manager, in his official capacity; KEVIN LONG, Assistant Store Manager, in his official capacity,

Defendants.

———————

**No. 01-1133**

———————

VICTORIA A. JEDROWICZ,

Plaintiff - Appellant,

versus

GIANT FOOD INCORPORATED,

Defendant - Appellee,

          and


ROYAL AHOLD; J. SAINSBURY (USA) HOLDINGS,
INCORPORATED; PETER MANOS, in his official
capacity; BRIAN KAMISCINSKI, District Manager
in his official capacity; FRANK PODGORSKI,
Store Manager in his official capacity,

                                        Defendants.

                    _____

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-96-3562-WMN, CA-98-3899-WMN)

                    _____

Submitted:  June 22, 2001            Decided:  July 9, 2001

                    _____

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

                    _____

Affirmed by unpublished per curiam opinion.

                    _____

Jo Ann P. Myles, Largo, Maryland, for Appellant.  Robert G. Ames,
Connie N. Bertram, VENABLE, BAETJER, HOWARD & CIVILETTI, Washing-
ton, D.C., for Appellee.

                    _____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Victoria A. Jedrowicz appeals district court orders entered in the course of her litigating two complaints against Giant Foods, Incorporated.  In No. 00-1941, we have reviewed the record and the district court orders and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Jedrowicz v. Giant Food, Inc., No. CA-96-3562-WMN (D. Md. June 7, 2000).  Likewise, in No. 01-1133, we have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Jedrowicz v. Giant Food, Inc., No. CA-98-3899-WMN (D. Md. Dec. 21, 2000).  In No. 01-1133, we grant Appellee's motion to file an attachment.  We dispense with oral argument because the facts and legal contentions are adequately presented in materials before the court and argument would not aid the decisional process.

AFFIRMED